# ATTACHMENT 1

FILED/REC'D
2023 AUG -7 A 11: 43

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Joseph Ziose

vs

(Full name of defendant(s))

Blattner Energy

Alliant energy

Nick Webber

Case Number:

**23 CV 535** wmc

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
(State)
W7723 Silvernagel rd, New Lisbon, WI, 53950
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant   Blattner energy, Alliant energy, Nick webber
   _____
                                    (Name)

is (if a person or private corporation) a citizen of _____
                                                        (State, if known)
and (if a person) resides at _____
                                                        (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Nick webber, Alliant energy, Blattner energy

2. My Rights were Violated on 8/3/23 where a former Named Nick Webber, Called Me Josephine the little weenie (slender) Mentelly harming me, Angering me also. While working for Blattner energy, At Alliant energy's Site or Property. At approximatley 1:00 pm and 3:45 pm. Where i didn't feel

Safe working their and quit.

3. 8/3/23

4. Alliant energy Site, 6006 Stage Road Potosi, Wisconsin,

5. No Idea,

C.  JURISDICTION

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

500 million.

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this 4th day of August 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

Cox--517-1818
Plaintiff's Telephone Number

Joe21ozaz@gmail.com
Plaintiff's Email Address

W7723 Silvernagel rd, New Lisbon
Wi, 53950
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5