IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH ZLOZA,

                Plaintiff,

   v.                                        OPINION and ORDER

BLATTNER ENERGY,                      23-cv-535-wmc[1]
ALLIANT ENERGY,
and NICK WEBBER,

                Defendants.

---

Pro se plaintiff Joseph Zloza alleges that a foreman called him "Josephine the little weanie" while he was working at Alliant Energy in Potosi, Wisconsin, and he quit as a result. Dkt. 1 at 2. Because Zloza is a restricted filer, this court will only address his submissions that have plausible merit. Although the situation Zloza describes may have happened and I must construe the complaint generously, I will dismiss this lawsuit because he states no claim he can proceed on in this court.

At most, Zloza's allegations may state a state-law claim for slander. *See Freer v. M & I Marshall & Ilsley Corp.*, 2004 WI App 201, ¶¶ 8–9 (describing the requirements for establishing slander or oral defamation under Wisconsin law). But Zloza is well aware from my prior orders that, without a related federal claim, I cannot exercise jurisdiction over state-law claims unless the plaintiff and each defendant are citizens of different states, and the amount of money at stake is over $75,000. 28 U.S.C. § 1332. Zloza alleges damages of $500 million, but he is a

---

[1] I am exercising jurisdiction over this case for the purpose of screening only.

Wisconsin citizen, and I must infer that the defendant foreman is also a Wisconsin citizen because of where the incident took place.

Because Zloza brings a Wisconsin-law claim that this federal court cannot consider, I will dismiss this case for lack of jurisdiction. Zloza may pursue his claim in state court.

ORDER

IT IS ORDERED that:

1. Zloza is DENIED leave to proceed and this case is DISMISSED without prejudice.
2. The clerk of court is directed to close this case.

Entered September 26, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge