IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH ZLOZA,

    Plaintiff,

v.

    Case No. 23-cv-535-wmc

BLATTNER ENERGY,
ALLIANT ENERGY, and NICK WEBBER,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ Deputy Clerk | September 26, 2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |